In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-537 CV


____________________



IN RE CORNELIUS BOULARD, JR.






Original Proceeding






MEMORANDUM OPINION


 Relator Cornelius Boulard, Jr. filed this petition for writ of mandamus. On October
31, 2007, relator notified the Court that he no longer requested mandamus relief. No
objection has been filed.

 Accordingly, we dismiss this original proceeding without reference to the merits.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered November 15, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.